SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Stratton Investments, Inc.,<br><br>　　　　Defendants | Case No. **11-cv-00467-WBS-EFB**<br><br>**ORDER RE: REQUEST TO COMPLETE SERVICE OF PROCESS ON CORPORATE DEFENDANT AT SECRETARY OF STATE** |

**ORDER**

IT IS HEREBY ORDERED THAT Plaintiff is hereby granted the request to complete service of process on corporate defendant Stratton Investments, Inc., at the Secretary Of State.

Date:  August 8, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE: REQUEST TO COMPLETE SERVICE OF PROCESS ON CORPORATE

DEFENDANT AT THE SECRETARY OF STATE

CIV: S-11-cv-00467-WBS-EFB - 1