SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Stratton Investments, Inc.,<br><br>          Defendants | Case No. **2:11-cv-00467-WBS-EFB**<br><br>**ORDER RE: REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |

    IT IS HEREBY ORDERED THAT the status conference shall be continued to **June 25, 2012 at 2:00 p.m.**  A further Status Report shall be filed no later than **June 11, 2012**.

                    Date:   March 1, 2012

                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-11-cv-00467-WBS-EFB - 1